UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number:_____

John B Robinson
(Write the full name of the plaintiff)

FILED BY PG D.C.

FEB 8 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

vs.

Bruce Raticoff Esq
Bar# 282847, Advocate Bldg
315 S.E. 7th St Ste #300
Ft Lauderdale F 33201
(Write the full name of the defendant/s in this case)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**I. Party Information**

A. Plaintiff: John Robinson

Address: Quincy CI Annex 2235 RT Thomas Pkwy, Quincy FL 32351

Inmate/Prison No.: D20342

Year of Birth: 1971 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: Bruce Raticoff     Defendant:_____

Official Position: Attorney     Official Position:_____

Place of Employment: Advocate Bldg     Place of Employment:_____

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

cat / div 550/1983/FTL
Case #_____
Judge_____ Mag RSID
Motn Ifp YES Fee pd $ 0
Receipt #_____

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and pl aces. Each claim should be stat ed in a separately num bered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not iclude legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Paragraph 1) On April 20, 2016 my Constitutional U.S. rights to assitence of Counsel for defence a Sixth admendment Violation from Bruce Raticoff Esq, who mis-represented me on Criminal case# 14-8519, 14-9744 CF, 14-8380CF10A, in Broward County 17th Circuit Court. My due Process of law 14th Admendment which was deprived from me of liberty. My Councel attorney Bruce Raticoff, failed to object to the Prohibition of unlawful double Jeopardy conviction of the Same Elements, or Conduct in a Single act Criminal episode Convictions. After which Counsel lead me into a illegal Plea aggrement without Informing me of the Violation of Double jeopardy from trail conviction.

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I want return of ALL Property Loss and monetary re-Compensation of ALL that Cannot be return and Punitive damages.

_____

_____

### IV. Jury Demand

Are you demanding a jury trial?    ____ Yes    ✓ No

Signed this __5th__ day of __Feb__, 20__19__

__*[signature]*_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: __February 5th, 2019__

__*[signature]*_____
Signature of Plaintiff

